# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                                              PLAINTIFF

v.                                          3:15CV00353-JM-JTK

RONNIE COLEMAN, et al.                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE